Ivy Friedman, an infant, by Mildred Friedman, Her Guardian ad Litem, Appellant, *v.* Earl Kyle et al., Respondents.

Argued January 7, 1946; decided January 24, 1946.

*Jonas P. Relin* for appellant.

*Eric P. Smith* for Earl Kyle, respondent.

*Luther Ira Webster* for Gerald Watkins, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.